# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RAQUEL HUNTER,

    Plaintiff,

v.                                     Case No: 17-CV-0401

CENTENE MANAGEMENT COMPANY, LLC,

    Defendant.

## STIPULATION FOR DISMISSAL

The parties stipulate through their counsel to the entry of an Order by the Court dismissing all claims that were or could have been asserted in this action, in their entirety, on the merits, with prejudice, and without further costs or attorney's fees to any party.

| | |
|---|---|
| Dated this 8th day of March, 2018. | Dated this 8th day of March, 2018. |
| **CANFIELD & LUTZ, LLC** | **AXLEY BRYNELSON, LLP** |
| *s/ Jason Canfield* | *s/ Saul C. Glazer* |
| Jason Canfield | Saul C. Glazer |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 6944 North Port Washington Road, Suite 206 | 2 East Mifflin Street, Suite 200 (53703) |
| Milwaukee, WI 53217 | P.O. Box 1767 |
| (414) 935-2810 | Madison, WI 53701-1767 |
| (414) 935-2821 facsimile | (608) 257-5661 |
| Jason.Canfield@CanfieldandLutz.com | (608) 257-5444 facsimile |
| | sglazer@axley.com |